IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )  No. 3:09-cr-00186 |
| | ) |
| | ) |
| SIXTO ARELLANO-GARCIA, | )  Judge Trauger |

## ORDER

Before the court is counsel's sealed motion to be permitted to withdraw from representing defendant Sixto Arellano-Garcia. Counsel Thomas Drake was appointed solely for the purpose of assisting the defendant in the filing of a motion under 28 U.S.C. § 2255 to challenge his conviction in this case. Counsel further seeks, on behalf of Mr. Arellano-Garcia, an extension of the already-extended deadline for filing a § 2255 motion. (ECF No. 754.)

Also before the court is a notice filed *pro se* by Sixto Arellano-Garcia in which the defendant expressly declines the representation of Thomas Drake. (ECF No. 757.)

For good cause shown, the motion to withdraw is **GRANTED**. The motion for extension of time is likewise **GRANTED**, and Sixto Arellano-Garcia shall have until Friday, November 21, 2014 to file a motion under 28 U.S.C. § 2255 to challenge the conviction in this case, if he so chooses.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge